UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VOLT, LLC, a Florida
    Limited Liability Company
                    **Plaintiff,**

v.                                                      Case No.    8:18-cv-1409-T-17CPT

VOLT LIGHTING GROUP, LLC,
  an Oregon Limited Liability Company, and
  BRENT NEWMAN, an Oregon citizen
                    **Defendant.**

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

__x__  IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:
         Volt, LLC v. Volt Lighting Group, LLC - Case No. 8:17-cv-02572-SDM-AAS
             (closed)


_____  IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.


Dated:



   /s - James Matulis/
Plaintiff(s) Counsel of Record                     Defendant(s) [Counsel of Record
   or *Pro Se* Party                                   or *Pro Se* Party
   [Address and Telephone]                         [Address and Telephone]

Law Office of James Matulis
9806 Gretna Green Drive, Suite 100
Tampa FL 33626
 (813) 451-7347