## UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

**Volt, LLC,**

        Plaintiff(s),

vs.

**Volt Lighting Group LLC and Brent Newman,**

        Defendant(s).

Case No.: 8:18-cv-01409-EAK-CPT

**AFFIDAVIT OF SERVICE**

I hereby certify that I am a competent person 18 years of age or older and a resident of the State of Oregon and not a party to nor an officer, director, or employee of, nor attorney for any party, corporate or otherwise; and know that the person, firm, or corporation served is the identical one named in the action.

I further certify that I made service of **Summons and Complaint** as follows:

Upon **Volt Lighting Group, LLC, 8313 SW Cirrus Dr, Beaverton, OR  97008** by personal service upon **Brent Newman, Member,** on **July 02, 2018**, at **12:32 PM.**

_Gabe Schomus_ (signature)

Gabe Schomus

STATE OF OREGON, County of Washington.

Signed or attested before me by Gabe Schomus on the 2nd day of July, 2018.

_____
NOTARY PUBLIC - OREGON

Job #: 14722

OFFICIAL STAMP
LISA MARIE CARTER
NOTARY PUBLIC - OREGON
COMMISSION NO. 963884
MY COMMISSION EXPIRES JULY 05, 2021

Interstate Process Serving * 11575 SW Pacific Hwy Ste 220, Portland, OR  97223 * 503-452-7179